ACCEPTED
01-14-00552-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/4/2015 10:52:45 AM
CHRISTOPHER PRINE
CLERK

# 01-14-00552-CV

## In the First Court of Appeals
## Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/4/2015 10:52:45 AM

CHRISTOPHER A. PRINE
Clerk

MARIBEL AMBRIZ MARTINEZ, GUADALUPE MOTA, AND ROSA NELLY TREVINO,
*Appellants,*

v.

ALFREDO GONZALEZ,
*Appellee.*

### SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

CARL J. KOLB
State Bar No. 11660480
carl@carlkolblaw.com

CARL J. KOLB, P.C.
925 Chulie Drive
San Antonio, Texas 78216
Telephone: (210) 225-6666
Facsimile: (210) 225-2300

ELIZABETH CONRY DAVIDSON
Of Counsel
State Bar No. 00793586
conrydavidson@gmail.com

925 Chulie Drive
San Antonio, Texas 78216
Telephone: (210) 380-4899
Facsimile: (210) 225-2300

Counsel for Appellee

TO THE HONORABLE JUDGES OF THIS COURT:

Appellee, Alfredo Gonzalez respectfully presents this Second Unopposed Motion for Extension of Time to file his Appellee's Brief in this matter, requesting that the time to file the Brief be extended by thirty days from February 4, 2015 until March 6, 2015 as allowed by TEX. R. APP. P. 10.5(b) and 38.6. In support of this Motion, Appellee would show the Court as follows:

The Appellants filed their Brief in this case on December 5, 2014, making the Appellee's Brief due on January 5, 2015, which was extended to February 4, 2015. Due to the litigation, work and vacation schedule of counsel for Appellee, a second thirty-day extension of time is sought to file the Brief, up until March 6, 2015. This extension of time is not sought for delay, but only so that justice may be done.

The numerous matters that the undersigned must attend to in their law practices on a daily basis make it so that they will be unable to complete the response requested in this case by the current due date. Consequently, the Appellee respectfully requests an extension of time for thirty (30) days, up through and including March 6, 2015.

This is the Appellee's second request for an extension of time to file the motion.

The undersigned counsel for Appellee has conferred with counsel for the Appellant, Michael J. Murray, and he has indicated he is unopposed to the extension.

Consequently, based on the foregoing, Appellee respectfully requests an extension of time to file the Appellee's Brief in this case for thirty days, so that filing March 6, 2015 will be considered timely. This extension of time is not sought for delay, but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Court will grant the extension requested above.

Respectfully submitted,

CARL J. KOLB, P.C.
Carl J. Kolb
Conry Davidson, Of Counsel
926 Chulie Drive
San Antonio, Texas 78216
Telephone No. (210) 225-6666
Facsimile No. (210) 225-2300
carl@carlkolblaw.com
conrydavidson@gmail.com

/s/ Elizabeth Conry Davidson
Carl J. Kolb
State Bar No. 11660480
Elizabeth Conry Davidson

3

State Bar No. 00793586

**ATTORNEYS FOR APPELLEE**

**<u>CERTIFICATE OF CONFERENCE</u>**

I hereby certify that I have conferred with opposing counsel, Michael J. Murray regarding the subject matter and substance of the foregoing Motion and he has indicated that he does not oppose this Motion.

<u>/s/Elizabeth Conry Davidson</u>
ELIZABETH CONRY DAVIDSON

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing instrument was delivered to the following in accordance with the Texas Rules of Civil and Appellate Procedure on this the 4th day of February, 2015:

Michael J. Murray
Watts Guerra, LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, Texas 78257

Michael Miller
Law Office of Michael Miller
926 Chulie Drive
San Antonio, Texas 78216

<u>/s/ Elizabeth Conry Davidson</u>
CARL J. KOLB
ELIZABETH CONRY DAVIDSON

4